# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AMBER BISHOP, | ) CIVIL COMPLAINT |
| Plaintiff, | ) |
| v. | ) Case No. 3:19-cv-00063 |
| MONTGOMERY LYNCH & ASSOCIATES, INC. | ) |
| | ) **JURY DEMAND** |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT

This matter came before the Court on Plaintiff's Motion for Entry of Judgment. Judgment is hereby entered with respect to Plaintiff's claims against Defendant under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692 *et seq.*, and the Ohio Consumer Sales Practices Act ("CSPA"), R.C. 1345.01 *et seq.*, in the amount of $5,000, representing:

- $1,000 in statutory damages to Plaintiff;
- $3,600 in attorney fees to Plaintiff; and
- $400 in court costs.

In satisfaction of this judgment, Plaintiff will accept payments as follows:

- $1,000 due on September 30th, 2019 and $1,000 due on the thirtieth day of each month thereafter, until paid in full.
- Plaintiff agrees to forbear from executing on this judgment or claiming any post-judgment interest as long as payments are timely made.

- If any installment or any part thereof remains unpaid for five days after its due date, then without further action of the Court, the full amount of the judgment plus all post-judgment interest less payments made shall become immediately due and payable. The parties agree that acceptance by Plaintiff of any payment made after it becomes due shall not constitute a waiver of the timeliness requirement concerning that payment or any future payment. This matter is subject to the Court's continuing jurisdiction to enforce the terms of this Agreement.

**IT IS SO ORDERED.**

Dated: 9/9/19

_____
United States District Court Judge

**ENTERED BY CONSENT OF THE PARTIES:**

s/ Jonathan Hilton

Jonathan L. Hilton, Esq.
HILTON PARKER LLC
jhilton@hiltonparker.com
Tel: (614) 992-2277
Fax: (614) 427-5557
10400 Blacklick-Eastern Rd NW
Suite 110
Pickerington, OH 43147
*Attorney for Plaintiff*

_____ President
S. Dave Edelman
*Owner and President, Montgomery Lynch & Associates, Inc.*

Address: _____

_____